# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Torvent LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>Techtronic Industries Co., Ltd.; Techtronic Industries North America, Inc.; One World Technologies, Inc.; Homelite Consumer Products, Inc.; Hart Consumer Products, Inc.; Home Depot, U.S.A., Inc.; and Walmart Inc.,<br><br>        Defendants.<br>and,<br><br>Techtronic Industries Co., Ltd.; Techtronic Industries North America, Inc.; One World Technologies, Inc.; Homelite Consumer Products, Inc.; Hart Consumer Products, Inc.;<br><br>        Counterclaim Plaintiffs,<br><br>    v.<br><br>Torvent, LLC, Torvian, Inc., and First-to-Invent, LLC<br><br>        Counterclaim Defendants. | Civil Action No. 1:21-cv-00853-JPM<br><br>Civil Action No. 1:22-cv-01617-JPM<br><br>**JURY TRIAL DEMANDED** |

# ATTORNEY DECLARATION OF MICHAEL SIKORA IN SUPPORT OF
# MOTION FOR SUMMARY JUDGMENT

I, Michael Sikora, declare as follows:

1. I am counsel for the above-identified Defendants and Counterclaim Plaintiffs in this case.

2. **Exhibit 1** to this declaration is a true and correct copy of U.S. Design Patent No. 814,893 (the "D893 Patent").

3. **Exhibit 2** to this declaration is a true and correct copy of Torvent's Third Supplemental Interrogatory Responses to Individual Interrogatory Nos. 1-12, 15 (dated July 28, 2023).

4. **Exhibit 3** to this declaration is a true and correct copy of a document produced by Torvent beginning at TORVENT_021045. According to Torvent's "Second Amended Response" to Individual Interrogatory No. 4 (*see* Exhibit 2), this is "[a]n engineering drawing of the LX502 Trimmer Head with 'Initial Release' date of May 16, 2014." Below is a side-by-side comparison of the spool shown at TORVENT_021045 and the D893 Patent, Figure 1:



| TORVENT_021045 | D893 Patent, Fig. 1 |

5. **Exhibit 4** to this declaration is a true and correct copy of email correspondence produced by Torvent beginning at TORVENT_023314.

6. **Exhibit 5** to this declaration is a true and correct copy of email correspondence produced by Torvent beginning at TORVENT_025208, including attachments.

7. **Exhibit 6** to this declaration is a true and correct copy of email correspondence produced by Torvent beginning at TORVENT_024199, including attachments.

8. **Exhibit 7** to this declaration is a true and correct copy of email correspondence produced by Torvent beginning at TORVENT_108871, including attachments. TORVENT_108884 is the Bates number placeholder for the native Edrawings file attached to this email correspondence.

9. **Exhibit 8** to this declaration is a true and correct copy of email correspondence produced by Torvent beginning at TORVENT_108885, including attachments. TORVENT_108896 is the Bates number placeholder for the native Edrawings file attached to this email correspondence.

10. **Exhibit 9** to this declaration is a true and correct copy of email correspondence produced by Torvent beginning at TORVENT_023869, including attachments. TORVENT_023885 is the Bates number placeholder for the native Edrawings file attached to this email correspondence.

11. **Exhibit 10** to this declaration is a true and correct copy of excerpts from the deposition of Mr. George Alliss, taken on September 21, 2023.

12. **Exhibit 11** to this declaration is a comparison between the figures of the D893 Patent and true and correct images generated from the native Solidworks 3D Edrawing file (file name "███████████████████████████████████████") produced at TORVENT_023885 (an attachment within Exhibit 9) by taking screen clippings of the parts shown in the natively produced file at various angles.

13. **Exhibit 12** to this declaration is a true and correct copy of Torvent's, Torvian's and First-to-Invent's First Supplemental Responses to Common Interrogatory Nos. 1-9 (dated July 28, 2023).

14. **Exhibit 13** to this declaration is a true and correct copy of email correspondence produced by Torvent beginning at TORVENT_024124, including attachments.

15. **Exhibit 14** to this declaration is a true and correct copy of email correspondence produced by Torvent beginning at TORVENT_024305, including attachments.

16. **Exhibit 15** to this declaration is a true and correct copy of email correspondence produced by Torvent beginning at TORVENT_024487, including attachments.

17. **Exhibit 16** to this declaration is a true and correct copy of email correspondence produced by Torvent beginning at TORVENT_025864.

18. **Exhibit 17** to this declaration is a true and correct copy of email correspondence produced by Torvent beginning at TORVENT_064847.

19. **Exhibit 18** to this declaration is a true and correct copy of a Wayback Machine record of the Cobramax website captured on January 15, 2016. This record can be publicly accessed from the following link: https://web.archive.org/web/20160115033152/https://www.getcobramax.com/.

20. **Exhibit 19** to this declaration is a true and correct copy of U.S. Patent No. 9,516,807.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 3, 2024             Respectfully submitted,

_____
Michael Sikora

| | |
|---|---|
| Dated: January 3, 2024 | MORGAN, LEWIS & BOCKIUS LLP |
| | */s/ Amy M. Dudash* |
| Jason C. White (admitted *pro hac vice*) | Amy M. Dudash (DE Bar No. 5741) |
| Nicholas A. Restauri (admitted *pro hac vice*) | 1201 N. Market Street, Suite 2201 |
| Michael T. Sikora (admitted *pro hac vice*) | Wilmington, DE 19801 |
| Eugene S. Hwangbo (admitted *pro hac vice*) | Telephone: 302.574.3000 |
| 110 N. Wacker Drive, Suite 2800 | Fax: 302.574.3001 |
| Chicago, IL 60606 | amy.dudash@morganlewis.com |
| Telephone: 312.324.1000 | |
| Fax: 312.324.1001 | *Attorneys for Defendants Techtronic Industries Co., Ltd.; Techtronic Industries North America, Inc.; One World Technologies, Inc.; Homelite Consumer Products, Inc.; Hart Consumer Products, Inc.; Home Depot, U.S.A., Inc.; and Walmart Inc.* |
| jason.white@morganlewis.com | |
| nicholas.restauri@morganlewis.com | |
| michael.sikora@morganlewis.com | |
| eugene.hwangbo@morganlewis.com | |
| | |
| Robert Ehrlich (admitted *pro hac vice*) | |
| 1000 Louisiana St., Suite 4000 | |
| Houston, TX 77002-5006 | |
| Telephone: 713.890.5000 | |
| Fax: 713.890.5001 | |
| robert.ehrlich@morganlewis.com | |

# CERTIFICATE OF SERVICE

I certify that on January 3, 2024, a true and correct copy of the foregoing document was caused to be served on the parties listed below via e-mail:

Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
BAYARD, P.A.
600 North King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

Brian A. Carpenter
COLE SCHOTZ P.C.
901 Main Street, Suite 4120
Dallas, Texas 75202
Tel: (469)557-9390
Fax: (469)533-1587
bcarpenter@coleschotz.com

Theodore G. Baroody
J. Miguel Hernandez
CARSTENS, ALLEN & GOURLEY, LLP
13760 Noel Rd., Suite 900
Dallas, Texas 75240
(972) 367-2001
(972) 367-2002 Fax
tbaroody@caglaw.com
hernandez@caglaw.com

                                              */s/ Amy M. Dudash*
                                              Amy M. Dudash