# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Torvent LLC,<br>　　　　Plaintiff,<br>　v.<br>Techtronic Industries Co., Ltd.; Techtronic Industries North America, Inc.; One World Technologies, Inc.; Homelite Consumer Products, Inc.; Hart Consumer Products, Inc.; Home Depot, U.S.A., Inc.; and Walmart Inc.,<br>　　　　Defendants.<br>and,<br>Techtronic Industries Co., Ltd.; Techtronic Industries North America, Inc.; One World Technologies, Inc.; Homelite Consumer Products, Inc.; Hart Consumer Products, Inc.;<br>　　　　Counterclaim Plaintiffs,<br>　v.<br>Torvent, LLC, Torvian, Inc., and First-to-Invent, LLC<br>　　　　Counterclaim Defendants. | Civil Action No. 1:21-cv-00853-JPM<br><br>Civil Action No. 1:22-cv-01617-JPM<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(2), Torvent LLC; Torvian, Inc.; First-to-Invent, LLC, Techtronic Industries Co., Ltd.; Techtronic Industries North America, Inc.; One World Technologies, Inc.; Homelite Consumer Products, Inc.; Hart Consumer Products, Inc.; Home Depot, U.S.A., Inc.; and Walmart Inc. hereby stipulate, subject to the approval of this Court, that all claims, counterclaims, and third-party claims in this Civil Action No. 1:21-cv-00853-JPM and Civil Action No. 1:22-cv-01617-JPM are dismissed with prejudice. Each party will bear its own costs and attorney fees.

Dated: March 18 , 2024

| BAYARD, P.A. | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| */s/ Ronald P. Golden III* | */s/ Amy M. Dudash* |
| Stephen B. Brauerman (#4952) | Amy M. Dudash (# 5741) |
| Ronald P. Golden III (#6254) | 1201 N. Market Street, Suite 2201 |
| 600 North King Street, Suite 400 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | 302.574.3000 |
| 302.655.5000 | amy.dudash@morganlewis.com |
| sbrauerman@bayardlaw.com | |
| rgolden@bayardlaw.com | Jason C. White (admitted *pro hac vice*) |
| | Nicholas A. Restauri (admitted *pro hac vice*) |
| Brian A. Carpenter | Michael T. Sikora (admitted *pro hac vice*) |
| COLE SCHOTZ P.C. | Eugene S. Hwangbo (admitted *pro hac vice*) |
| 901 Main Street, Suite 4120 | 110 N. Wacker Drive, Suite 2800 |
| Dallas, Texas 75202 | Chicago, IL  60606 |
| Tel: (469)557-9390 | Telephone: 312.324.1000 |
| Fax: (469)533-1587 | Fax: 312.324.1001 |
| bcarpenter@coleschotz.com | jason.white@morganlewis.com |
| | nicholas.restauri@morganlewis.com |
| Theodore G. Baroody | michael.sikora@morganlewis.com |
| J. Miguel Hernandez | eugene.hwangbo@morganlewis.com |
| CARSTENS, ALLEN & GOURLEY, LLP | |
| 13760 Noel Rd., Suite 900 | Robert Ehrlich (admitted *pro hac vice*) |
| Dallas, Texas 75240 | 1000 Louisiana St., Suite 4000 |
| (972) 367-2001 | Houston, TX 77002-5006 |
| (972) 367-2002 Fax | Telephone: 713.890.5000 |
| tbaroody@caglaw.com | Fax: 713.890.5001 |
| hernandez@caglaw.com | robert.ehrlich@morganlewis.com |
| *Attorneys for Torvent LLC, Torvian, Inc., and First-to-Invent, LLC* | *Attorney for Defendants and Counterclaim Plaintiffs* |

SO ORDERED this 5th day of April, 2024:

\_\_/s/ Jon P. McCalla_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

2