**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TORVENT LLC, | ) |
|     Plaintiff, | ) |
| v. | ) |
| TECHTRONIC INDUSTRIES CO., LTD.; TECHTRONIC INDUSTRIES NORTH AMERICA, INC.; ONE WORLD TECHNOLOGIES, INC.; HOMELITE CONSUMER PRODUCTS, INC.; HART CONSUMER PRODUCTS, INC.; THE HOME DEPOT, U.S.A. INC.; and WALMART INC., | ) ) ) ) ) ) ) |
|     Defendants. | ) |
| and | ) Case No. 1:21-cv-00853-JPM |
| TECHTRONIC INDUSTRIES CO., LTD.; TECHTRONIC INDUSTRIES NORTH AMERICA, INC.; ONE WORLD TECHNOLOGIES, INC.; HOMELITE CONSUMER PRODUCTS, INC.; HART CONSUMER PRODUCTS, INC., | ) ) ) ) ) |
|     Counterclaim Plaintiffs, | ) |
| v. | ) |
| TORVENT LLC; TORVIAN, INC.; and FIRST-TO-INVENT, LLC, | ) ) |
|     Counterclaim Defendants. | ) |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on the Parties' Joint Motion, filed on August 11, 2023 (ECF No. 211), and the Court having entered an Order of Dismissal (ECF No. 212),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is **DISMISSED WITH PREJUDICE**.  Each party to bear its own costs, expenses, and attorney's fees.

**APPROVED:**

  /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

  April 5, 2024
Date